IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JOSE AGUILAR                                                                                       PLAINTIFF

v.                                              Case No. 4:21-cv-04016

WARDEN JEFFIE WALKER, Miller County
Detention Center ("MCDC"); CAPTAIN
GOLDEN ADAMS, MCDC; HEAD NURSE
STEVEN KING, Southern Health Partners;
And JACKIE RUNION, Miller County, Arkansas                                    DEFENDANTS

## ORDER

This is a civil rights action filed by the Plaintiff, Jose Aguilar, pursuant to 42 U.S.C. § 1983. (ECF No. 1). Before the Court is Plaintiff's Motion to Voluntarily Dismiss this case. (ECF No. 8).

On March 10, 2021, the Court entered an order directing Plaintiff to file an Amended Complaint by March 31, 2021. (ECF No. 6). On March 23, 2021 Plaintiff filed the instant motion stating in part, "I . . .wish to withdraw my claims without prejudice at this time so that I may preserve my right to refile at a later time." (ECF No. 8). The Federal Rules of Civil Procedure allow a Plaintiff to dismiss an action without a Court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i).

Upon consideration, the Court finds that good cause has been shown for the motion. The record indicates that Defendants have not served either an answer or a motion for summary judgment. The Clerk is **DIRECTED** to treat Plaintiff's motion (ECF No. 8) as a notice of voluntary dismissal of his claims against Defendants pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and dismiss the claims against Defendants without prejudice.

Accordingly, Plaintiff's Complaint (ECF No. 1) should be and hereby is **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) against all Defendants.

**IT IS SO ORDERED**, this 6th day of April, 2021.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge